IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEONTA MOBLEY,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**BEAU SNEDDON** Warden Butler County )<br>Prison, )<br>)<br>Respondent. ) | 2:24cv909<br>**Electronic Filing** |

# ORDER OF COURT

AND NOW, this 16th day of May, 2025, after *de novo* review of the record and upon due consideration of 1) petitioner's habeas corpus petition and 2) the magistrate judge's report and recommendation filed on March 17, 2025, IT IS ORDERED that [21], [24] the motions to dismiss by Warden Beau Sneddon be, and the same hereby are, granted;

IT FURTHER IS ORDERED that [5] the Petition for Writ of Habeas Corpus be, and the same hereby is, denied.  The [26] report and recommendation of March 17, 2025, is adopted as the opinion of the court; and

IT FURTHER IS ORDERED that the concomitant request for certificate of appealability be, and the same hereby is, denied.

                                                                s/David Stewart Cercone
                                                                David Stewart Cercone
                                                                Senior United States District Judge

cc:    The Honorable Kezia O. L. Taylor

        Mark A. Lope, Esquire
        Robert M Zanella , Jr., Esquire

        (*Via CM/ECF Electronic Mail*)

Deonta Mobley
031773
Butler County Prison
202 S. Washington Street
Butler, PA 16001

(*Sent Via First Class Mail*)